# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANTONIO YANEZ, <br> Plaintiff, <br> v. <br> CITY OF RICHMOND, et al., <br> Defendants. | Case No. 18-cv-01533-TSH (SK) <br><br> **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of William Antonio Yanez, CDCR No. BI2347, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED**.

Dated: August 9, 2019

_____
SALLIE KIM
United States Magistrate Judge

WRIT OF HAPEAS CORPUS AD TESTIFICANDUM

TO: Warden M. Eliot Spearman, High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96127

GREETINGS:

WE COMMAND that you have and produce the body William Antonio Yanez, in your custody in the hereinabove-mentioned Institution, before the United States District Court on August 22, 2019, 9:30 A.M. , Courtroom #C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, in order that said prisoner may then and there participate in the settlement conference in the matter of *Yanez v. City of Richmond, et al.*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable SALLIE KIM, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 9, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Melinda K. Lozenski, Deputy Clerk

Dated: August 9, 2019

_____
The Honorable Sallie Kim
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANTONIO YANEZ,<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF RICHMOND, et al.,<br>　　　　　Defendants. | Case No. 18-cv-01533-TSH  (SK)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on August 9, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Warden M. Eliot Spearman
High Desert State Prison
P.O. Box 750
Susanville, CA 96127-7050

Dated: August 9, 2019

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Melinda K. Lozenski, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable SALLIE KIM